IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

FREDDY S. CAMPBELL,

    Petitioner,

v.                        CIVIL ACTION NO. 1:09-0814

STEPHAN M. DEWALT, Warden,
FMC Lexington,

    Respondent.

## JUDGMENT ORDER

    For reasons expressed in the Memorandum Opinion and Order filed this day, the court **DENIES** petitioner's motion to proceed without prepayment of fees, **DENIES** his petition for Writ of Error *Coram Nobis*, **DISMISSES** this case, and directs the Clerk to remove this case from the court's active docket.

    The Clerk is further directed to forward a certified copy of this Judgment Order to plaintiff and counsel of record.

    **IT IS SO ORDERED** this 21st day of July, 2010.

                                      ENTER:

                                      David A. Faber
                                      Senior United States District Judge